**Michael Jerome WILLIAMS, Plaintiff–Appellant,**

v.

**John R. NEWHART, Sheriff; Lt. Smith; Lt. White, Defendants–Appellees.**

**No. 12–6692.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 20, 2012.

Michael Jerome Williams, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Jerome Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Newhart*, No. 2:12–cv–00150–RBS–TEM (E.D.Va. Apr. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*